**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

EDWARD GOODMAN,

           Appellant

         v.

PENNSYLVANIA BOARD OF
PROBATION AND PAROLE,

           Appellee

:  No. 33 EAP 2018
:
:  Appeal from the order of
:  Commonwealth Court dated June 22,
:  2018 at 213 MD 2018.
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW,** this 23rd day of January 2019, the Order of the Commonwealth Court is hereby **AFFIRMED.**